# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142673

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

TODD JAMES WOLSCHLEGER,
        Defendant-Appellee.

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 142673
COA: 301429
Huron CC: 09-004722-FH

_____/

On order of the Court, the application for leave to appeal the January 14, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

y0418